"PRIVACY SENSITIVE"

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



# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:

THIS IS TO CERTIFY THAT
THE SECRETARY OF DEFENSE
HAS AUTHORIZED THE AWARD OF THE

## JOINT SERVICE COMMENDATION MEDAL

TO

**LIEUTENANT RANDOLPH M. PRINCE, UNITED STATES NAVY**

FOR
MERITORIOUS SERVICE
FOR THE ARMED FORCES OF THE UNITED STATES

GIVEN UNDER MY HAND THIS   10TH   DAY OF JUNE   2013

_____
SECRETARY OF DEFENSE

OFFICE OF THE SECRETARY OF DEFENSE
COMMAND OR OFFICE

DD FORM 2413, MAY 1999

"PRIVACY SENSITIVE"

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

# Citation

TO ACCOMPANY THE AWARD OF THE

## Joint Service Commendation Medal

TO

### Randolph M. Prince

Lieutenant Randolph Prince, United States Navy, distinguished himself by exceptionally meritorious service as the Demolition and Ordnance Division Officer, Naval School Explosive Ordnance Disposal, Eglin Air Force Base, Florida from October 2011 to July 2013. As the Ordnance Division Officer, he was directly responsible for the accountability of over 500,000 individual ordnance items totaling 1,152 tons and valued at over 18 million dollars with 100 percent accuracy. As the Demolition Division Officer, he expertly led 36 joint service military and civilian instructors, delivering high-risk EOD training to more than 2,200 joint service and partner nation students. He was directly responsible for the successful and safe execution of high-risk training on 3 geographically disparate demolition ranges which included over 12,000 explosive detonations and resulted in the disposal of over 900,000 pounds of net explosive weight with zero mishaps. His technical expertise and experience were imperative in the review and rewrite of two command instructions, two command standard operating procedures, and a complete revision of Demolition Division training curriculum. Through his distinctive accomplishments, Lieutenant Prince reflected great credit upon himself, the United States Navy, and the Department of Defense.

Attachment (2)

# DEPARTMENT OF THE NAVY

Privacy Sensitive

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



## THIS IS TO CERTIFY THAT
## THE SECRETARY OF THE NAVY HAS AWARDED THE
# NAVY AND MARINE CORPS COMMENDATION MEDAL
### (SILVER STAR IN LIEU OF SIXTH AWARD)
### TO
### LIEUTENANT JUNIOR GRADE RANDOLPH M. PRINCE
### UNITED STATES NAVY
### FOR

MERITORIOUS SERVICE AS OPERATIONS DEPARTMENT HEAD AND READINESS AND TRAINING OFFICER AT EXPLOSIVE ORDNANCE DISPOSAL EXPEDITIONARY SUPPORT UNIT TWO FROM JANUARY 2010 TO SEPTEMBER 2011. DEMONSTRATING SUPERB RESOURCEFULNESS AND AN UNRELENTING COMMITMENT TO EXCELLENCE, LIEUTENANT JUNIOR GRADE PRINCE ESTABLISHED AND EXPERTLY MANAGED A FLEET READINESS TRAINING PLAN FOR 190 PERSONNEL, TWO FLY AWAY RECOMPRESSION PLATOONS, AND A MOBILE COMMUNICATIONS PLATOON IN SUPPORT OF OPERATIONS ENDURING FREEDOM, UNIFIED RESPONSE AND NEW DAWN. HE WAS DIRECTLY RESPONSIBLE FOR THE MANAGEMENT OF 1,100 OPERATIONAL REQUESTS SUPPORTING MORE THAN 65 EXPLOSIVE ORDNANCE DISPOSAL GROUP TWO OPERATIONAL AND TRAINING MISSIONS THAT ENCOMPASSED MORE THAN 60,000 TONS OF CARGO AND ROLLING STOCK VALUED AT $75 MILLION FOR FOUR EXPLOSIVE ORDNANCE DISPOSAL BATTALIONS, 41 EXPLOSIVE ORDNANCE DISPOSAL PLATOONS AND FOUR DIVING AND SALVAGE COMPANIES DEPLOYING TO COMBAT THEATERS WORLDWIDE. BY HIS NOTEWORTHY ACCOMPLISHMENTS, PERSEVERANCE AND DEVOTION TO DUTY, LIEUTENANT JUNIOR GRADE PRINCE REFLECTED CREDIT UPON HIMSELF, AND UPHELD THE HIGHEST TRADITIONS OF THE UNITED STATES NAVAL SERVICE.

GIVEN THIS 15th DAY OF AUGUST 2011

*T. P. Rudderow*
FOR THE SECRETARY OF THE NAVY
T. P. RUDDEROW
Captain, U.S. Navy
Commander, Explosive Ordnance
Disposal Group TWO

NAVSO 1650/11 (REV. 7-99)
S-N 0104-LF-982-1800

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

# DEPARTMENT OF THE NAVY

## THIS IS TO CERTIFY THAT
## THE SECRETARY OF THE NAVY HAS AWARDED THE

# NAVY AND MARINE CORPS COMMENDATION MEDAL

(GOLD STAR IN LIEU OF FIFTH AWARD)

## TO

ENSIGN RANDOLPH M. PRINCE
UNITED STATES NAVY

## FOR



FOR MERITORIOUS SERVICE AS EXPLOSIVE ORDNANCE DISPOSAL PLATOON COMMANDER AT EXPLOSIVE ORDNANCE DISPOSAL MOBILE UNIT TWELVE FROM FEBRUARY 2008 TO DECEMBER 2009. DISPLAYING OUTSTANDING LEADERSHIP, TECHNICAL EXPERTISE, AND EXCEPTIONAL PROFESSIONAL ACUMEN, HE ENSURED THE SAFE TRAINING AND TIMELY CERTIFICATION OF HIS PLATOON IN PREPARATION FOR A COMBAT DEPLOYMENT TO IRAQ IN SUPPORT OF NAVAL SPECIAL WARFARE SQUADRON TEN. HE PROVIDED INSPIRATIONAL AND INFLUENTIAL MENTORSHIP TO SEVEN EOD TECHNICIANS DURING AN ARDUOUS 18 MONTH WORK UP CYCLE THAT INCLUDED NUMEROUS HIGH RISK TRAINING EVOLUTIONS. HIS ACCOMPLISHMENTS DIRECTLY CONTRIBUTED TO THE MANY SUCCESSES OF EXPLOSIVE ORDNANCE DISPOSAL MOBILE UNIT TWELVE AND NAVAL SPECIAL WARFARE SQUADRON TEN. BY HIS NOTEWORTHY ACCOMPLISHMENTS, PERSEVERANCE, AND DEVOTION TO DUTY, ENSIGN PRINCE REFLECTED CREDIT UPON HIMSELF, AND UPHELD HIGHEST TRADITIONS OF THE UNITED STATES NAVAL SERVICE.

GIVEN THIS 11th DAY OF January 2010

SECRETARY OF THE NAVY
FOR THE
D. G. FLECK
Captain, U.S. Navy
Commander, Explosive Ordnance
Disposal Group TWO

NAVSO 1650/11 (REV. 7-99)
S/N 0104-LF-982-1500

OFFICIAL RECORD COPY

CITATION  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

TO ACCOMPANY THE AWARD OF

THE JOINT SERVICE ACHIEVEMENT MEDAL

TO

ENSIGN RANDOLPH M. PRINCE
UNITED STATES NAVY

Ensign Randolph M. Prince, United States Navy, distinguished himself by exceptionally meritorious achievement as an Explosive Ordnance Disposal Platoon Commander for a Joint Task Force in support of Operation IRAQI FREEDOM from 22 March 2009 to 25 September 2009. During this period, Ensign Prince provided valuable subject matter expertise through daily summaries of significant Improvised Explosive Device events. His knowledge and situational awareness of the explosives directly contributed to the success of numerous combat operations resulting in the safe capture and destruction of several hundred pounds of enemy ordnance through multiple demolitions. The distinctive accomplishments of Ensign Prince reflect credit upon him, the United States Navy, and the Department of Defense.



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

# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:

THIS IS TO CERTIFY THAT
THE SECRETARY OF DEFENSE
HAS AWARDED

## THE JOINT SERVICE ACHIEVEMENT MEDAL

TO

ENSIGN RANDOLPH M. PRINCE, UNITED STATES NAVY

FOR
MERITORIOUS SERVICE
FOR THE ARMED FORCES OF THE UNITED STATES
FROM 22 MARCH 2009 TO 25 SEPTEMBER 2009
GIVEN UNDER MY HAND THIS  10TH  DAY OF  NOVEMBER , 2009



WILLIAM H. MCRAVEN, VADM, USN, COMMANDER
SECRETARY OF DEFENSE

JOINT TASK FORCE
COMMAND OR OFFICE

DD FORM 2414, MAY 1999

OFFICIAL COPY

24-08-056

# DEPARTMENT OF THE NAVY

THIS IS TO CERTIFY THAT
THE SECRETARY OF THE NAVY HAS AWARDED THE

## NAVY AND MARINE CORPS COMMENDATION MEDAL

(GOLD STAR IN LIEU OF FOURTH AWARD)

TO

CHIEF EXPLOSIVE ORDNANCE DISPOSAL TECHNICIAN (EWS) RANDOLPH M. PRINCE, UNITED STATES NAVY

FOR

MERITORIOUS SERVICES AS NAVY STUDENT MANAGER AND WEAPONS OF MASS DESTRUCTION INSTRUCTOR WHILE ASSIGNED TO, NAVAL SCHOOL EXPLOSIVE ORDNANCE DISPOSAL, FROM JUNE 2005 TO DECEMBER 2007. CHIEF PRINCE PROVIDED SUPERIOR LEADERSHIP AND MENTORING TO OVER 300 OFFICER AND ENLISTED STUDENTS IN ALL ASPECTS OF ACADEMIC, PROFESSIONAL, AND PERSONAL DEVELOPMENT. HE DEVELOPED CURRICULUM AND TESTING MATERIALS FOR THE JOINT EOD DECISION SUPPORT SYSTEM, DIRECTLY IMPACTING NAVSCOLEOD'S ABILITY TO INSTRUCT JOINT SERVICE STUDENTS ON THE TACTICS AND PROCEDURES NECESSARY TO RESPOND TO A WEAPON OF MASS DESTRUCTION THREAT. BY HIS NOTEWORTHY ACCOMPLISHMENTS, PERSEVERANCE, AND DEVOTION TO DUTY, CHIEF PRINCE REFLECTED GREAT CREDIT UPON HIMSELF AND UPHELD THE HIGHEST TRADITIONS OF THE UNITED STATES NAVAL SERVICE.

GIVEN THIS   27th   DAY OF   August 2007

FOR THE SECRETARY OF THE NAVY
T. A. GREEN
Captain, U.S. Navy
Commanding Officer



NAVSO 1650-11 (REV 7-00)
S/N 0106-LF-062-1800

OFFICIAL RECORD COPY

24-08-1/2
0250-0

# DEPARTMENT OF THE NAVY

THIS IS TO CERTIFY THAT
THE SECRETARY OF THE NAVY HAS AWARDED THE

## NAVY AND MARINE CORPS COMMENDATION MEDAL

(GOLD STAR IN LIEU OF THIRD AWARD)

TO

CHIEF EXPLOSIVE ORDNANCE DISPOSAL (EWS) RANDOLPH PRINCE, UNITED STATES NAVY

FOR

MERITORIOUS SERVICE AS MASTER OF CEREMONY AND CHAIRMAN FOR THE 38TH ANNUAL EXPLOSIVE ORDNANCE DISPOSAL MEMORIAL BALL AT NAVAL SCHOOL EXPLOSIVE ORDNANCE DISPOSAL, EGLIN AIR FORCE BASE, FLORIDA FROM APRIL 2006 TO MAY 2006. CHIEF PRINCE FLAWLESSLY ORCHESTRATED AN EVENT ATTENDED BY OVER 1000 EOD TECHNICIANS AND FAMILY. HE METICULOUSLY MANAGED EVERY ASPECT OF THE BALL FROM THE 5 STAR MEAL TO THE EOD CHALLENGE THAT RAISED OVER 30 THOUSAND DOLLARS. FURTHERMORE, CHIEF PRINCE CONSTRUCTED AN ELECTRONIC CONTINUITY PLAN AND GUIDE BOOK THAT HAS OUTLINED AND DETAILED SUCCESSFUL PROCEDURES FOR USE IN FUTURE EVENTS. HE HAS ALSO DEVELOPED A PLAN TO REDUCE THE COST AND INCREASE MANPOWER EFFICIENCY FOR FUTURE MEMORIAL WEEKENDS. BY HIS NOTEWORTHY ACCOMPLISHMENTS, PERSEVERANCE, AND DEVOTION TO DUTY, CHIEF PRINCE REFLECTED GREAT CREDIT UPON HIMSELF AND UPHELD THE HIGHEST TRADITIONS OF THE UNITED STATES NAVAL SERVICE.



GIVEN THIS 17th DAY OF May 2006

FOR THE SECRETARY OF THE NAVY
T. A. GREEN
Captain, U.S. NAVY
Commanding Officer

NAVSO 1650/11 (REV. 7-89)
S/N 0104-LF-982-1900

OFFICIAL RECORD COPY

# DEPARTMENT OF THE NAVY

### THIS IS TO CERTIFY THAT
### THE SECRETARY OF THE NAVY HAS AWARDED THE

## NAVY AND MARINE CORPS COMMENDATION MEDAL

(GOLD STAR IN LIEU OF SECOND AWARD)

TO

CHIEF AVIATION ORDNANCEMAN (EXPLOSIVE ORDNANCE DISPOSAL) RANDOLPH M. PRINCE, UNITED STATES NAVY

- FOR -



MERITORIOUS SERVICE AS OPERATIONS AND MATERIAL DEPARTMENTS LEADING CHIEF PETTY OFFICER ASSIGNED TO EXPLOSIVE ORDNANCE DISPOSAL MOBILE UNIT FOUR FROM DECEMBER 2003 TO APRIL 2005 IN SUPPORT OF FIFTH FLEET OPERATIONS. CHIEF PRINCE PERFORMED HIS DUTIES IN AN EXEMPLARY AND HIGHLY PROFESSIONAL MANNER BY COORDINATING THE DEPLOYMENTS OF OVER 15 EXPLOSIVE ORDNANCE DISPOSAL DETACHMENTS. HE ENSURED 100 PERCENT MISSION ACCOMPLISHMENT WHICH INCLUDED MANAGING 4 COMBAT DEPLOYMENTS TO IRAQ AND AFGHANISTAN, 80 FORCE PROTECTION DIVE MISSIONS, 10 EXPLOSIVE ORDNANCE DISPOSAL CONTINGENCY MISSIONS IN DIRECT SUPPORT OF OPERATIONS IRAQI FREEDOM AND ENDURING FREEDOM. HE ALSO MANAGED A BUDGET OF OVER 18 MILLION DOLLARS FOR OVER 80 EXPLOSIVE ORDNANCE DISPOSAL AND DIVER PERSONNEL. BY HIS NOTEWORTHY ACCOMPLISHMENTS, PERSEVERANCE AND DEVOTION TO DUTY, CHIEF PRINCE REFLECTED GREAT CREDIT UPON HIMSELF AND UPHELD THE HIGHEST TRADITIONS OF THE UNITED STATES NAVAL SERVICE.

GIVEN THIS 24TH DAY OF MARCH 2005

FOR THE SECRETARY OF THE NAVY
D.C. NICHOLS
Vice Admiral, United States Navy
Commander, United States Naval
Forces Central Command

NAVSO 1650/11 (REV 7-99)
S/N 0104-LF-882-1800

0950-80-1/28

# DEPARTMENT OF THE NAVY

THIS IS TO CERTIFY THAT
THE SECRETARY OF THE NAVY HAS AWARDED THE

## NAVY AND MARINE CORPS ACHIEVEMENT MEDAL

SILVER STAR IN LIEU OF SIXTH AWARD)

TO

AVIATION ORDNANCE CHIEF PETTY OFFICER (EOD) RANDOLPH "KAZ" PRINCE, UNITED STATES NAVY

FOR

MERITORIOUS SERVICE IN THE SUPERIOR PERFORMANCE OF HIS DUTIES AS OPERATIONS LEADING CHIEF PETTY OFFICER FOR EOD MOBILE UNIT FOUR FROM OCTOBER 2003 TO DECEMBER 2003. CHIEF PETTY OFFICER PRINCE ARRANGED LOGISTICS FOR 55 AIRLIFTS FOR DEPLOYMENTS OF PERSONNEL AND EQUIPMENT TO 8 DIFFERENT COUNTRIES, SUPPORTING COMFIFTHFLT FORCE PROTECTION REQUIREMENTS AND SPECIAL OPERATIONS IN SUPPORT OF OPERATION IRAQI FREEDOM. ADDITIONALLY, HE ARRANGED THE SHORT NOTICE RETURN OF A SERVICEMEMBER FROM IRAQ TO THE UNITED STATES TO FULFILL A NATIONAL LEVEL NAVY PUBLIC AFFAIRS REQUIREMENT SHOWCASING THE OPERATIONAL ACCOMPLISHMENTS OF NAVY EOD FORCES IN IRAQ. BY HIS NOTEWORTHY ACCOMPLISHMENTS, PERSEVERANCE, AND DEVOTION TO DUTY, CHIEF PETTY OFFICER PRINCE REFLECTED CREDIT UPON HIMSELF AND WERE IN KEEPING WITH THE HIGHEST TRADITIONS OF THE UNITED STATES NAVAL SERVICE.

GIVEN THIS 18th DAY OF JANUARY 2004



SECRETARY OF THE NAVY

T. J. LUCAS
COMMANDER, USN
COMMANDING OFFICER
EXPLOSIVE ORDNANCE DISPOSAL MOBILE UNIT FOUR

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

Enclosure (3)

# DEPARTMENT OF THE NAVY

THIS IS TO CERTIFY THAT
THE SECRETARY OF THE NAVY HAS AWARDED THE

## NAVY AND MARINE CORPS COMMENDATION MEDAL

TO

CHIEF AVIATION ORDNANCEMAN (EXPLOSIVE ORDNANCE DISPOSAL) RANDOLPH M. PRINCE, UNITED STATES NAVY

FOR

MERITORIOUS SERVICE AS TEAM LEADER, RESTORE IRAQI OIL EXPLOSIVE ORDNANCE DISPOSAL (EOD) TEAM DEPLOYED WITH COMMANDER TASK FORCE FIVE SIX FROM MARCH TO APRIL 2003 IN SUPPORT OF OPERATION IRAQI FREEDOM. SUPERVISED 26 DAYS OF EOD OPERATIONS IN A COMBAT ENVIRONMENT, CHIEF PRINCE REMOVED EXPLOSIVE HAZARDS FROM THE RUMAYLAH AND AZ ZUBAYR OIL FIELDS ALLOWING COALITION FORCES AND CONTRACTED PERSONNEL TO ACCESS FACILITIES, EXTINGUISH FIRES, AND RESTORE THE IRAQI OIL INFRASTRUCTURE. OPERATING IN SUPPORT OF THE FIRST MARINE EXPEDITIONARY FORCE UNDER THE FREQUENT THREAT OF ENEMY ENGAGEMENT, HIS TEAM CLEARED 4,000 POUNDS OF UNEXPLODED ORDNANCE FROM 612 OIL WELLS, 17 GAS OIL SEPARATION PLANTS AND 15 KILOMETERS OF OIL PIPELINE. CHIEF PRINCE'S PERSONAL INITIATIVE, PERSEVERANCE, AND DEVOTION TO DUTY, REFLECT CREDIT UPON HIMSELF AND WERE IN KEEPING WITH THE HIGHEST TRADITIONS OF THE UNITED STATES NAVAL SERVICE.

GIVEN THIS 13TH DAY OF MAY 2003



FOR THE SECRETARY OF THE NAVY

M. P. TILLOTSON
Captain, United States Navy
Commander, Task Force FIVE SIX



OFFICIAL RECORD COPY

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

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

# DEPARTMENT OF THE NAVY



## THIS IS TO CERTIFY THAT
## THE SECRETARY OF THE NAVY HAS AWARDED THE

# NAVY AND MARINE CORPS ACHIEVEMENT MEDAL

(GOLD STAR IN LIEU OF FIFTH AWARD)

TO

CHIEF AVIATION ORDNANCEMAN (EXPLOSIVE ORDNANCE DISPOSAL) RANDOLPH M. PRINCE, UNITED STATES NAVY

FOR

PROFESSIONAL ACHIEVEMENT WHILE SERVING AS LEADING CHIEF PETTY OFFICER, EXPLOSIVE ORDNANCE DISPOSAL MOBILE UNIT FIVE DETACHMENT MARIANAS, ASSIGNED TO U.S. NAVAL FORCES, MARIANAS FROM AUGUST 2000 TO AUGUST 2002. CHIEF PRINCE CONSISTENTLY PERFORMED HIS DEMANDING DUTIES IN AN EXEMPLARY AND HIGHLY PROFESSIONAL MANNER. HE DISPLAYED UNMATCHED LEADERSHIP, PROFESSIONAL KNOWLEDGE, AND COURAGE DIRECTING THE POLITICALLY AND ENVIRONMENTALLY SENSITIVE DISARMAMENT AND DISPOSAL OF UNEXPLODED ORDNANCE THROUGHOUT MICRONESIA. ADDITIONALLY, HE GREATLY INCREASED PUBLIC SAFETY BY TRAINING MORE THAN 300 LOCAL AND FEDERAL PERSONNEL ON UNEXPLODED ORDNANCE PROCEDURES. CHIEF PRINCE'S MANAGERIAL ABILITY, PERSONAL INITIATIVE, AND UNSWERVING DEVOTION TO DUTY REFLECTED CREDIT UPON HIMSELF AND WERE IN KEEPING WITH THE HIGHEST TRADITIONS OF THE UNITED STATES NAVAL SERVICE.



GIVEN THIS 18TH DAY OF NOVEMBER 2002

FOR THE SECRETARY OF THE NAVY
DAVID L. ALLEN
CAPTAIN, UNITED STATES NAVY

NAVSO 1650/12 (REV. 7 99)
S/N 0104-LF 982-3000

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

# DEPARTMENT OF THE NAVY

## THIS IS TO CERTIFY THAT
## THE SECRETARY OF THE NAVY HAS AWARDED THE

# NAVY AND MARINE CORPS ACHIEVEMENT MEDAL

(GOLD STAR IN LIEU OF FOURTH AWARD)

TO

AVIATION ORDNANCEMAN FIRST CLASS (EXPLOSIVE ORDNANCE DISPOSAL) RANDOLPH M. PRINCE, UNITED STATES NAVY

FOR

PROFESSIONAL ACHIEVEMENT WHILE SERVING AS DEMOLITION OPERATIONS SUPERVISOR, EXPLOSIVE ORDNANCE DISPOSAL MOBILE UNIT FIVE DETACHMENT MARIANAS, U.S. NAVAL FORCES, MARIANAS FROM 18 TO 23 AUGUST 2001. PETTY OFFICER PRINCE CONSISTENTLY PERFORMED HIS DEMANDING DUTIES IN AN EXEMPLARY AND HIGHLY PROFESSIONAL MANNER. AS THE SENIOR EOD TECHNICIAN DURING AN EMERGENCY RESPONSE TO THE FEDERATED STATES OF MICRONESIA, HE COORDINATED THE DEPLOYMENT AND SUPERVISED SIX PERSONNEL IN THE POLITICALLY AND ENVIRONMENTALLY SENSITIVE DEFUSING AND DISPOSAL OF MORE THAN 600 POUNDS OF UNEXPLODED ORDNANCE. HIS COURAGE AND LEADERSHIP SIGNIFICANTLY INCREASED PUBLIC SAFETY AND GREATLY ENHANCED THE NAVY/COMMUNITY RELATIONSHIP THROUGHOUT THE MARIANAS. PETTY OFFICER PRINCE'S PROFESSIONALISM, INITIATIVE, AND LOYAL DEVOTION TO DUTY REFLECTED GREAT CREDIT UPON HIMSELF AND WERE IN KEEPING WITH THE HIGHEST TRADITIONS OF THE UNITED STATES NAVAL SERVICE.




GIVEN THIS 14TH DAY OF DECEMBER 2001

FOR THE SECRETARY OF THE NAVY
P. W. DUNNE
REAR ADMIRAL, UNITED STATES NAVY

NAVSO 1650/12 (REV. 7-99)
S/N 0104-LF-982-3000

OFFICIAL RECORD COPY

# DEPARTMENT OF THE NAVY



## THIS IS TO CERTIFY THAT
### THE SECRETARY OF THE NAVY HAS AWARDED THE

# NAVY AND MARINE CORPS ACHIEVEMENT MEDAL
(GOLD STAR IN LIEU OF THE THIRD AWARD)

## TO

AVIATION ORDNANCEMAN FIRST CLASS (EXPLOSIVE ORDNANCE DISPOSAL)
RANDOLPH M. PRINCE, UNITED STATES NAVY

## FOR

"PROFESSIONAL ACHIEVEMENT IN THE SUPERIOR PERFORMANCE OF HIS DUTIES AS A SENIOR EXPLOSIVE ORDNANCE DISPOSAL TECHNICIAN ASSIGNED TO EXPLOSIVE ORDNANCE DISPOSAL MOBILE UNIT FIVE DURING EXERCISE TRICRAB 00 FROM 1 TO 12 MAY 2000. HE CONSISTENTLY PERFORMED HIS DEMANDING DUTIES IN AN EXEMPLARY AND HIGHLY PROFESSIONAL MANNER. PETTY OFFICER PRINCE WAS THE DRIVING FORCE BEHIND THE SUCCESS OF THE C2 CELL DURING EXERCISE TRICRAB 00. HE COORDINATED ALL PHASES OF THE COMMAND CELL DEPLOYMENT INCLUDING LAYOUT AND STANDARD OPERATING PROCEDURES. HE CONDUCTED RESEARCH OF OVER 80 ORDNANCE ITEMS, GENERATED DISCLOSURE MESSAGES AND RELEASED THE ORDNANCE ORDER OF BATTLE UPON DISCLOSURE APPROVAL. ADDITIONALLY, HE PROVIDED PUBLICATIONS AND INTELLIGENCE RESEARCH SUPPPORT DURING THE FIELD EXERCISE ENSURING DETACHMENTS RECEIVED INFORMATION NECESSARY FOR MISSION SUCCESS. PETTY OFFICER PRINCE'S MANAGERIAL ABILITY, PERSONAL INITIATIVE, AND UNSWERVING DEVOTION TO DUTY REFLECTED GREAT CREDIT UPON HIMSELF AND WERE IN KEEPING WITH THE HIGHEST TRADITIONS OF THE UNITED STATES NAVAL SERVICE."

GIVEN THIS 29th DAY OF June DEC 2000

J. A. TRUMBORE
Commander, United States Navy

OFFICIAL RECORD COPY
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

# DEPARTMENT OF THE NAVY

THIS IS TO CERTIFY THAT
THE SECRETARY OF THE NAVY HAS AWARDED THE

## NAVY AND MARINE CORPS ACHIEVEMENT MEDAL

(GOLD STAR IN LIEU OF THE SECOND AWARD)
TO

AVIATION ORDNANCEMAN FIRST CLASS (EXPLOSIVE ORDNANCE DISPOSAL)
RANDOLPH M. PRINCE, UNITED STATES NAVY
FOR

"PROFESSIONAL ACHIEVEMENT IN THE SUPERIOR PERFORMANCE OF HIS DUTIES WHILE SERVING AS SENIOR EXPLOSIVE ORDNANCE DISPOSAL TECHNICIAN FOR EXPLOSIVE ORDNANCE DISPOSAL MOBILE UNIT FIVE ASSIGNED TO COMMANDER, AMPHIBIOUS FORCE, U.S. SEVENTH FLEET FROM SEPTEMBER 1996 TO JULY 2000. THROUGHOUT NUMEROUS MULTINATIONAL EXERCISES, PETTY OFFICER PRINCE DEVELOPED AND PRESENTED TRAINING LECTURES AND PRACTICAL SCENARIOS TO MORE THAN 190 FOREIGN EXPLOSIVE ORDNANCE DISPOSAL TECHNICIANS. HE ALSO EXPERTLY COORDINATED AND SUPERVISED THE FLAWLESS OPERATION OF TWO TRI-LATERAL EXERCISE COMMAND POSTS. ADDITIONALLY, AS PUBLICATIONS CUSTODIAN, HE STREAMLINED ADMINISTRATION PROCEDURES, REDUCING THE AMOUNT OF CLASSIFIED HOLDINGS BY MORE THAN 70 PERCENT. PETTY OFFICER PRINCE'S MANAGERIAL ABILITY, PERSONAL INITIATIVE, AND UNSWERVING DEVOTION TO DUTY REFLECTED CREDIT UPON HIMSELF AND WERE IN KEEPING WITH THE HIGHEST TRADITIONS OF THE UNITED STATES NAVAL SERVICE."

GIVEN THIS 9TH DAY OF MAY 2000

H. M. HIGHFILL
Rear Admiral, United States Navy



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