December 6, 2018

The Honorable Judge Robert G. Doumar
Senior United States Judge
United States District Court: Eastern District of Virginia
United States Courthouse
600 Granby Street
Norfolk, VA 23510

      RE:      CHARACTER REFERENCE – Randolph Prince

Honorable Judge Doumar,

My name is Stacie Beall. I'm a veteran of the U.S. Navy and been a government contractor for almost 20 years. I met Randolph "Kaz" Prince in the fall of 2002 when he was stationed at the Explosive Ordnance Disposal detachment in Bahrain. Being a small detachment, almost everyone would hang out with one another. We would have dinners, parties, and holidays together. Of all the people I knew in Bahrain, I developed a closer bond with Kaz and his wife Diane. In fact, they are the only people that I maintain a friendship with today.

I got pregnant with my first while we were in Bahrain. Sadly, my husband was gone most of the time between deployments to Iraq and training in the US. No matter what, Kaz always made a point to look in on me and help with anything I needed. Being pregnant and alone overseas, it was a great comfort to have Kaz there and know that I could depend on him. Even when I was in the hospital giving birth, alone, Kaz went to the airport to pick up my mother, someone he had never met before so that she wouldn't be afraid.

In 2007, Kaz transferred to Virginia and lived with us for about six months. Kaz was always a huge help to have around. He helped to install a pool fence at my house so that I could let my son and my dogs outside without having to worry about them by the pool. He was there when we celebrated finding out about my 2nd pregnancy. He was a part of the family and he is still a part of my family.

Sadly, after Kaz moved in with us, I noticed he liked to gamble, a lot. I thought it was odd when he would stay out all night gambling at different places. Not ever dealing or seeing a person with a gambling problem, I didn't know what to think. I used to talk to his wife all the time about how much money he was losing and having to take out loans to try and cover his losses. She was at a loss and I had no idea what to do except to listen. I know that she couldn't be a part of the sinking ship that he was on so I think that was about the time that she separated their finances. His gambling almost ruined their marriage.

I didn't know the gravity of these charges until very recently. I knew he was in trouble for something but I wasn't sure what was going on. What I do know is that Kaz has really worked hard to try and overcome and deal with his addiction. He has worked hard to try and repair his relationships and to take responsibility for his actions; there are a lot of people who can't say that.

I know Kaz is a good man, he just lost his way. Between the gambling and the resulting monetary issues and losing so many of his brothers at arms, he lost his way. I think that with the love and support of his family as well as counseling, I think that Kaz will continue to be a great contributor to society.

He is a very dedicated man to everyone he knows. He loves selflessly and his devotion to family is amazing. Your Honor, Kaz lost his way, but he is no longer lost. I know he truly regrets what he's done. His wife and his son depend on him for everything.

Thank you for your consideration.

Respectfully,


Stacie Beall